DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL J. KILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:07-mj-00035 WMW |
| Plaintiff, | STIPULATION VACATING TRIAL DATE AND RE-SETTING FOR TRIAL SETTING HEARING;ORDER |
| v. | |
| MICHAEL J. KILEY, | Date: November 27, 2007 |
| Defendant. | Time: 10:00 A.M.<br>Judge: Hon. William M. Wunderlich |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel that the trial date in the above-entitled court now set for November 19 and 20, 2007, may be vacated and that the matter be re-set for trial setting hearing on November 27, 2007, at 1:30 P.M.

This request is made by counsel for defendant because counsel was only recently assigned to the case. Counsel needs time to meet and confer with defendant, for defense preparation and to complete necessary investigation on defendant's behalf prior to trial. This request will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: November 7, 2007          /s/   Elizabeth Waldow
                                 ELIZABETH WALDOW
                                 Chief Legal Officer
                                 National Park Service


                                 DANIEL J. BRODERICK
                                 Federal Defender

DATED: November 7, 2007      By   /s/   Marc Days
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 Michael J. Kiley

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: November ____, 2007


                                 _____
                                 WILLIAM M. WUNDERLICH, Magistrate Judge
                                 Eastern District of California

IT IS SO ORDERED.

**Dated:   November 8, 2007**         /s/  **William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation Vacating Trial Date and Re-Setting
for Trial Setting Hearing; [Proposed] Order

-2-