John E. Hearne
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Docket 6:07-mj-0035-WMW |
|                         Plaintiff,                      ) | DISMISSAL; AND |
|                                                              ) | ORDER THEREON |
|            v.                                              ) | |
|                                                              ) | |
| Michael KILEY,                                    ) | |
|                                                              ) | |
|                         Defendant.                  ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and in the interest of justice, the following charges against the defendant: count one, charging a violation fo 36 Code of Federal Regulations section 2.35(b)(2) - Possession of a Controlled Substance; and count two, charging a violation of 18 United States Code 13, California Health and Safety Code 11364(a) - Possession of Drug Paraphenalia.

///

///

///

///

///

///

1

1 | Respectfully submitted.

2 | Dated: June 9, 2008 .

3

4 | /s/   John E. Hearne
John Hearne
5 | Legal Officer
NATIONAL PARK SERVICE

6

7 | **ORDER**

8

9

10 | IT IS SO ORDERED.

11 | **Dated:   July 14, 2008**             /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

12